No. —, Original. *Ex parte:* IN THE MATTER OF THE GOVERNMENT OF THE REPUBLIC OF PORTUGAL, ET AL., PETITIONERS. Submitted April 7, 1924. Decided April 14, 1924. Motion for leave to file petition for writ of mandamus herein denied. *Mr. F. Dudley Kohler* for petitioners.

---

No. 735. FLO LaCHAPELLE, AS ADMINISTRATRIX, ETC. *v.* UNION PACIFIC COAL COMPANY. Error to the Supreme Court of the State of Wyoming. Submitted on merits and on motion to dismiss for want of jurisdiction April 7, 1924. Decided April 14, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. Petition for certiorari denied. *Mr. John A. Shelton* for plaintaiff in error. *Mr. N. H. Loomis* and *Mr. John W. Lacey* for defendant in error.